# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| **CINDY DANIEL, et al.,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**3M COMPANY, INC., et al.,** )<br>)<br>**Defendants.** ) | Case No. 5:20-cv-00507-LCB |

## JOINT STIPULATION OF DISMISSAL

Come now the parties in the above-styled action and jointly stipulate to the dismissal of this action, with prejudice, costs taxed as paid.

Respectfully submitted this 14th day of April 2022.

                              *s/ Lloyd W. Gathings*
                              Lloyd W. Gathings (GAT001)
                              Honora M. Gathings (GAT003)
                              Gathings Law
                              2140 11th Avenue South, Suite 210
                              Birmingham, AL 35205
                              Telephone: 205.322.1201
                              Facsimile: 205.322.1202
                              lgathings@gathingslaw.com
                              hgathings@gathingslaw.com
                              Attorneys for Plaintiffs

*s/ W. Larkin Radney*
Harlan Prater
M. Christian King
W. Larkin Radney, IV
LIGHTFOOT FRANKLIN & WHITE LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
Telephone: (205) 581-0700
Facsimile: (205) 581-0799
E-mail:
hprater@lightfootlaw.com
cking@lightfootlaw.com
lradney@lightfootlaw.com

*Attorneys for 3M Company*